| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Randal M. Barnum, State Bar No. 111287<br>Elizabeth J. Boca, State Bar No. 255719<br>Lindsay R. Batcha, State Bar No. 264192<br>LAW OFFICES OF RANDAL M. BARNUM<br>279 East H Street B<br>Benicia, CA 94510<br>Telephone:   (707) 745-3747<br>Facsimile:   (707) 745-4580<br>rbarnum@rmblaw.com<br>eboca@rmblaw.com<br>lbatcha@rmblaw.com | **FILED**<br><br>MAY 1 9 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

7   Attorneys for Plaintiff
    CRYSTAL RODRIGUEZ

## UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ,<br><br>            Plaintiff,<br><br>       v.<br><br>NORTHERN CALIFORNIA DISTRIBUTION,<br>INC., a California Corporation, and DOES 1<br>through 50, inclusive,<br><br>            Defendants. | Case No. 2:11-cv-0733-DAD<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VRDP) PURSUANT TO LOCAL RULE 271; and ORDER REFERRING ACTION TO VDRP** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: May 11, 2011                    LAW OFFICES OF RANDAL M. BARNUM

                                By:    _____/s/_____
                                       Randal M. Barnum, Esq.
                                       Elizabeth J. Boca, Esq.
                                       Lindsay R. Batcha, Esq.
                                       Attornesy for Plaintiff
                                       CRYSTAL RODRIGUEZ

1

1  Dated: May 12, 2011                    JACKSON LEWIS, LLP

2

3

4                                     By:        /s/
                                           Mitchell F. Boomer, Esq.
5                                          Carmen Ruda, Esq.
                                           Attorneys for Defendant
6                                          NORTHERN CALIFORNIA DISTRIBUTION

7       Pursuant to the parties' stipulation, this matter is referred to the Voluntary Dispute

8  Resolution Program (VDRP) pursuant to Local Rule 271.

9       IT IS SO ORDERED.

10

11  Dated: 5/19/11              By:        Dale A. Drozd
                                           DALE A. DROZD
12                                         UNITED STATES MAGISTRATE JUDGE

13

14

15  Ddad1\orders.consent\rodriguez0733.stipord.refVDRP

16

17

18

19

20

21

22

23

24

25

26

27

28

2