

**FILED**

OCT 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA DISTRIBUTION, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. Civ. S-11-0733-DAD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (AMENDED)** |

　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without further notice.

By:　　　/s/　　　　　　　　　　　
Randal M. Barnum
Law Offices of Randal M. Barnum
Attorneys for Plaintiff
CRYSTAL RODRIGUEZ

By:　　　/s/　　　　　　　　　　　
Mitchell F. Boomer
JACKSON LEWIS LLP
Attorneys for Defendant
Northern California Distribution, Inc.

## ORDER

THE PARTIES' STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (Doc. No. 17) IS GRANTED.

DATED: October 20, 2011

　　　　　　　　　　　　　　　　　_/s/ Dale A. Drozd_____
　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:1/orders.consent/rodriguez0733.stipord.dsm