

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA DISTRIBUTION, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. Civ. S-11-0733 -DAD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (AMENDED)** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without further notice.

By:   /s/
Randal M. Barnum
Law Offices of Randal M. Barnum
Attorneys for Plaintiff
CRYSTAL RODRIGUEZ

By:   /s/
Mitchell F. Boomer
JACKSON LEWIS LLP
Attorneys for Defendant
Northern California Distribution, Inc.

## ORDER

THE PARTIES' STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE (Doc. No. 17) IS GRANTED.

DATED: October 20, 2011

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:1/orders.consent/rodriguez0733.stipord.dsm